1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LAUREN CUSICK, Bar #257570
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

5

6  Attorneys for Defendant
   HERBERT CRAIG JR.
7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,         ) No.  Mag. No. 10-030-EFB
                                     )
11             Plaintiff,            ) STIPULATION AND ORDER TO CONTINUE
                                     ) COURT TRIAL
12     v.                            )
                                     ) Date: April 27, 2010
13 HERBERT CRAIG JR.,                ) Time: 10:00 a.m.
                                     ) Judge: EDMUND F. BRENNAN
14             Defendant.            )
   _____     )
15

16     The United States of America, through MATTHEW C. STEGMAN, Assistant

17 United States Attorney, together with defendant, HERBERT CRAIG JR., by

18 Assistant Federal Defender, LAUREN CUSICK, Office Of The Federal

19 Defender, stipulate to continue the court trial set for Tuesday, April 27

20 2010 at

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28
     Stipulation and Order                   1

1  10:00 a.m. to Tuesday June 29, 2010 at 10:00 a.m.

2

3  Dated: April 20, 2010                Respectfully submitted,

4                                       DANIEL J. BRODERICK
                                        Federal Defender
5
                                        /s/ Lauren D. Cusick
6                                       LAUREN D. CUSICK
                                        Assistant Federal Defender
7

8  Dated: April 20, 2010                BENJAMIN WAGNER
                                        United States Attorney
9

10                                      /s/ Matthew C. Stegman
                                        MATTHEW C. STEGMAN
11                                      Assistant U.S. Attorney

12

13                          **O R D E R**

14  IT IS SO ORDERED.

15  DATED:   April 20, 2010.

16                                      EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE

17

28       Stipulation and Order                  2