1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LAUREN CUSICK, Bar #257570
   Assistant Federal Defender
3  Designated Counsel for Service
   AKIO KATANO
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorney for Defendant
8  HERBERT CRAIG, JR.

9

10
                   IN THE UNITED STATES DISTRICT COURT
11
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
   UNITED STATES OF AMERICA,      )  No. 2:10-mj-0030 EFB
15                                )
                 Plaintiff,       )
16                                )  STIPULATION AND ORDER
        v.                        )
17                                )
   HERBERT CRAIG, JR.,            )  Date:  June 29, 2010
18                                )  Time:  10:00 AM
                 Defendant.       )  Judge: Hon. Edmund F. Brennan
19                                )
   _____)
20

21      It is hereby stipulated between the parties through their

22 respective counsel, Matthew C. Stegman, Assistant United States

23 Attorney, and Lauren Cusick, Assistant Federal Defender, attorney for

24 HERBERT CRAIG, JR., that the Court vacate the court trial set for June

25 29, 2010 at 10:00 AM.

26 //

27 //

28 //

1  We respectfully request that the court set a change of plea hearing for
2  the previous day, June 28, 2010 at 10:00 AM.
3
4
5  Dated:   June 24, 2010
                                          Respectfully submitted,
6
                                          DANIEL J. BRODERICK
7                                         Federal Defender

8                                         /s/ Lauren Cusick
                                          _____
9                                         LAUREN CUSICK
                                          Assistant Federal Defender
10                                        Attorney for Defendant
                                          HERBERT CRAIG JR.
11
   Dated:   June 24, 2010
12                                        BENJAMIN WAGNER
                                          United States Attorney
13
                                          /s/ Matthew Stegman
14                                        _____
                                          MATTHEW STEGMAN
15                                        Assistant U.S. Attorney

16

17

18                              **O R D E R**

19       **IT IS SO ORDERED.**

20  DATED: June 29, 2010.

21                                        _____
22                                        EDMUND F. BRENNAN
                                          United States Magistrate Judge
23

24

25

26

27

28

Name of Pleading                    -2-