# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA

v.

**HERBERT CRAIG, JR.**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: **2:10MJ00030-01**

Lauren Cusick, AFD
<u>Defendant's Attorney</u>

## THE DEFENDANT:

[✔]    pleaded guilty to count(s): <u>1 of the Information</u> .
[ ]    pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ]    was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 13 and C.V.C. § 14601.1(a) | Driving When Privilege Suspended and Revoked for Disability | 11/17/2006 | 1 |

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]    The defendant has been found not guilty on counts(s)  ___ and is discharged as to such count(s).

[ ]    Count(s) ___ (is)(are) dismissed on the motion of the United States.

[ ]    Indictment is to be dismissed by District Court on motion of the United States.

[✔]    Appeal rights given.                    [✔]    Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

06/28/2010
Date of Imposition of Judgment

Signature of Judicial Officer

**EDMUND F. BRENNAN**, United States Magistrate Judge
Name & Title of Judicial Officer

July 14, 2010
Date

AO 245B-CAED (Rev. 3/04) Sheet 4 - Probation

| CASE NUMBER: | 2:10MJ00030-01 | Judgment - Page 2 of 2 |
| DEFENDANT: | HERBERT CRAIG, JR. | |

# COURT PROBATION

The defendant is hereby sentenced to Court probation for a term of <u>1 year</u>.

# SPECIAL CONDITIONS OF SUPERVISION

1.    The defendant shall pay a fine in the amount of $300.00.  Said fine shall be paid in six (6) monthly installments in the amount of $50.00 to be paid on the first of each month beginning July 1, 2010 and ending December 1, 2010.

2.    The defendant shall pay a special assessment in the amount of $10.00, payable forthwith.

3.    Said probation will terminate, contingent upon receipt of: (1) payment in full of the above fine and special assessment; and (2) proof the defendant has obtained a valid driver's license.

4.    The defendant shall not commit another federal, state, or local crime.

5.    The defendant shall notify the U.S. Attorney's office ten days prior to any change in residence.